IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02287-REB-MEH

ARTHUR GORDON,

    Plaintiff,

v.

CALVARY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: September 28, 2011.

                              Respectfully submitted,

                              _s/ David M. Larson_
                              David M. Larson, Esq.
                              405 S. Cascade Avenue, Suite 305
                              Colorado Springs, CO 80903
                              (719) 473-0006
                              Attorney for the Plaintiff